NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1142

JENS ERIK SORENSEN,
as Trustee of Sorensen Research and Development Trust,

Plaintiff-Appellant,

v.

DORMAN PRODUCTS, INC.,

Defendant-Appellee,

and

DOES 1 - 100,

Defendants.

ON MOTION

Appeal from the United States District Court for the Southern District of California in case no. 09-CV-1579, Judge Barry Ted Moskowitz.

ORDER

Upon consideration of Dorman Products, Inc.'s motion to withdraw its motion for sanctions,

IT IS ORDERED THAT:

The motion to withdraw the motion for sanctions is granted. The motion for sanctions is withdrawn.

FOR THE COURT

| APR 3 0 2010 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 3 0 2010

JAN HORBALY
CLERK

cc: Melody A. Kramer, Esq.
Anthony S. Volpe, Esq.